UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE FOSTER, | No. 2:15-cv-1774 KJN P |
| Petitioner, | |
| v. | ORDER |
| D.K. JOHNSON, Warden, | |
| Respondent. | |

The court has read and considered the request filed by respondent to file under seal the Marsden Hearing Transcript pursuant to Local Rule 141.  (ECF No. 14.)  Good cause appearing, IT IS HEREBY ORDERED that respondent's request is GRANTED.

Dated: June 10, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/fost1774.seal

1